# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-00209 |
| | ) | Judge Trauger |
| JAMES RAYBON HALBROOKS | ) | |

## MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Comes now the defendant, James Halbrooks, by and through counsel, Sumter L. Camp,

and hereby moves this Honorable Court to extend the pretrial motion filing deadline until

February 23, 2016.   In support of this motion, defendant would refer the Court to the affidavit

filed herewith.

Respectfully submitted,

/s/ Sumter L. Camp
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN  37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2016, I electronically filed the foregoing
Motion to Extend Time For Filing Pretrial Motions with the clerk of the court by using the CM/ECF
system, which will send a notice of Electronic Filing to the following:  the Honorable William Lee
Deneke, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, Tennessee
37203.

/s/ Sumter L. Camp
SUMTER L. CAMP